UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| SHOLOM KELLER,<br><br>               Plaintiff,<br><br>    v.<br><br>METACRINE, INC., RICHARD HEYMAN, RONALD EVANS, ANDREW GUGGENHIME, JEFFREY JONKER, PRESTON KLASSEN, JOHN MCHUTCHISON, AMIR NASHAT, and JULIA OWENS.<br><br>               Defendants. | Case No. 1: 22-cv-10547-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action with prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 28, 2023

**WOHL & FRUCHTER LLP**

By:/s *Joshua E. Fruchter*
Joshua E. Fruchter (JF2970)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
Fax: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*